# United States Court of Appeals
## For the First Circuit

_____

No. 14-2182

CARDIGAN MOUNTAIN SCHOOL,

Plaintiff, Appellant,

v.

NEW HAMPSHIRE INSURANCE COMPANY,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: May 27, 2015

    This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of this action for failure to state a claim is reversed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

> By the Court:
> /s/ Margaret Carter, Clerk

cc: Hon. Landya B. McCafferty, Mr. Daniel J. Lynch, Clerk, United States District Court for the District of New Hampshire, Mr. Casolaro, Mr. Dunn, Mr. Hamilton, Mr. Harris, Mr. King & Mr. Sheridan.